

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00347-CR

**TREVEON DEON WILLIAMS,**

                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                            **Appellee**

---

**From the 278th District Court
Walker County, Texas
Trial Court No. 27685**

---

## REINSTATEMENT ORDER

---

This appeal was abated to the trial court on October 10, 2018 because no brief had been filed for appellant. Appellant's brief was received by the Court on October 30, 2018.

Accordingly, this appeal is reinstated. Appellant's brief is filed as of the date it was received. The State's brief in this appeal is due 30 days from the date of this Order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed November 7, 2018

